DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROYAL PALM CHIROPRACTIC & REHAB CENTER, P.A.** a/a/o **EMILY HANSEN,**
Appellant,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
Appellee.

No. 4D21-148

[July 14, 2021]

Appeal from the County Court for the Fifteen Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 50-2017-SC-009430-XXXX-MB and 50-2019-AP-000085-CAXX-MB.

Jonathan Phillips of Florida Litigators, PLLC, West Palm Beach, for appellant.

Michael A. Rosenberg, Peter D. Weinstein and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

Based on our decision in *Geico Indemnity Co. v. Muransky Chiropractic P.A.*, No. 4D21-457, 2021 WL 2584107 (Fla. 4th DCA June 24, 2021), we reverse the final judgment in favor of Geico and remand for the entry of a final judgment in favor of appellant in the amount of $1.22.

*Reversed and remanded.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***